# Court of Appeals
# of the State of Georgia

ATLANTA,   July 29, 2014

*The Court of Appeals hereby passes the following order:*

## A14A1823.  CURTIS MIDDLEBROOKS v. JEFF W. FLOYD, et al.

This case began as a civil action in magistrate court.  Following an adverse ruling, plaintiff Curtis Middlebrooks appealed the magistrate court's decision to the superior court.  On August 30, 2013, the superior court entered judgment in favor of the defendants.  On March 14, 2014, Middlebrooks filed a notice of appeal to this Court.  We, however, lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court ruling, an appellant must follow the discretionary appeal procedure to obtain review before this Court.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Middlebrooks's failure to adhere to the discretionary appeal procedure deprives us of jurisdiction over his appeal.  Additionally, the appeal is untimely.  A notice of appeal must be filed within 30 days after the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intern. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Middlebrooks filed his notice of appeal 196 days after entry of the trial court's order.  For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/29/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*